CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 20 2018

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| NICOLE CHANTELL BANKS, | ) | Civil Action No. 7:18-cv-00001 |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By:  Michael F. Urbanski |
| HAROLD CLARK, et al, | ) | Chief United States District Judge |
| Defendant(s). | ) | |

Nicole Chantell Banks, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered January 23, 2018, the court directed plaintiff to submit within 20 days from the date of the Order an inmate trust account form and a certified copy of the plaintiff's trust fund account statement for the month of December, 2017 but plaintiff only returned the inmate account trust account form. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 20th day of February, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge